IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VICTOR LOPEZ,                                                                                                        PLAINTIFF
ADC #132942

v.                                             No. 5:09CV00360 JLH-HDY

PHILLIP MCDANIEL, *et al*.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendants' motion for judgment on the pleadings (docket entry #71) is DENIED.

DATED this 24th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE